UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ARMENIA INGRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-cv-376-HBG |
| ) | |
| ADT LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties for all further proceedings, including entry of judgment. [Doc. 21]

This matter came before the Court on November 19, 2020, for a scheduling conference. During the conference, the parties agreed that the Scheduling Order [Doc. 18] previously entered in this matter would remain in place, however, the Court advised the parties that the trial and pretrial conference in this matter would need to be continued. The parties agreed to reset the trial to February 14, 2022, and the final pretrial conference to February 1, 2022.

Accordingly, with the agreement of the parties, it is hereby **ORDERED** that the trial in this matter is reset for **February 14, 2022**, in Knoxville, and the final pretrial conference is reset for **February 1, 2022, at 9:30 a.m.** in Knoxville. All other deadlines shall remain as previously set.

IT IS SO ORDERED.

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge