UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ARMANIA INGRAM, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:20-CV-376-HBG |
| ADT, LLC, | ) ) ) |
| Defendant. | ) |

# FINAL JUDGMENT

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 21].

For the reasons cited in the Memorandum Opinion filed contemporaneously herewith, the Court **GRANTS** Defendant's Motion for Summary Judgment [**Doc. 33**] and **DENIES** Plaintiff's Motion to Amend [**Doc. 41**]. There being no further issues in this matter, the Clerk of Court is **DIRECTED TO CLOSE** this case.

**IT IS SO ORDERED.**

ENTER:

*Bruce Guyton*
United States Magistrate Judge

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT